IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REGINALD A. MOTON,

    Plaintiff,

v.

GREGORY GRAMS, JANEL NICKEL,
DYLON RADTKE, LORI ALSUM,
DALIA SULIENE, DARCI BURRESON,
DR. CURT SCHWEBKE,
MARY LEISER, JOANNE LANE,
AMY MALLARD, SGT. TIMM,
OFFICER GRANT, DET. ANTHONY
BELAY and SAMUEL UPTHEGROVE,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-666-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against Dr. Curt Schwebke, Mary Leiser, Joanna Lane, Amy Mallard, Sgt. Timm, Officer Grant, and Samuel Upthegrove; and

(2) granting summary judgment in favor of Gregory Grams, Janel Nickel, Dylon Radtke, Lori Alsum, Dalia Suliene, and Darci Burreson and dismissing this case.

_____    _6/26/12_
Peter Oppeneer, Clerk of Court    Date